Alison K. Guernsey
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920

Attorneys for Defendant
JOSEPH DRE ANTHONY CARDENAS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>JOSEPH DRE ANTHONY CARDENAS,<br><br>         Defendant. | CR-12-2047-WFN<br><br>ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE |

BEFORE THE COURT is Mr. Cardenas's Motion to Modify Conditions of Release (ECF No. 21). For the reasons set forth in his motion, **IT IS HEREBY ORDERED** that his Motion to Modify Conditions of Release (ECF No. 21) is **GRANTED**. The condition that there be no alcohol in the home where Mr. Cardenas resides is stricken. *See* ECF No. 19 ¶ 2. All other previously imposed conditions remain in effect. *See* ECF Nos. 10, 19 (Orders). The district court executive is directed to enter this order and provide copies to counsel and the U.S. Probation Office.

DATED this 15 day of November, 2012.

_____
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER

1