Alison K. Guernsey
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920

Attorneys for Defendant
JOSEPH DRE ANTHONY CARDENAS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR-12-2047-WFN |
| vs. | ORDER GRANTING SECOND MOTION TO MODIFY CONDITIONS OF RELEASE |
| JOSEPH DRE ANTHONY CARDENAS, | |
| Defendant. | |

BEFORE THE COURT is Mr. Cardenas's Second Motion to Modify Conditions of Release (ECF No. 37). For the reasons set forth in his motion, **IT IS HEREBY ORDERED** that his Motion to Modify Conditions of Release **(ECF No. 37)** is **GRANTED**. The condition that Mr. Cardenas be subject to GPS monitoring and home confinement are stricken. *See* ECF No. 19. All other previously imposed conditions remain in effect. *See* ECF Nos. 10, 19 (Orders). The district court executive is directed to enter this order and provide copies to counsel and the U.S. Probation Office.

DATED this 19th day of December, 2012.

             s/James P. Hutton
             JAMES P. HUTTON
             UNITED STATES MAGISTRATE JUDGE

ORDER

1